ORIGINAL

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANN BURTON

                Plaintiff,

-against-

THE STATE EDUCATION DEPARTMENT
OFFICE OF PROFESSIONAL DISCIPLINE,
ET. AL       Defendant(s).
-----------------------------------------------------------X

REQUEST TO PROCEED
IN FORMA PAUPERIS
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL

CV 11 - 4218

BLOOM, M.J.

I, ANN BURTON (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   N/A

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   SCNR 5/21/10 $1,500.00 p/wk

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   UNEMPLOYMENT $405 p/wk

   a) Are you receiving any public benefits?   ☑ No ☐ Yes, $_____

   b) Do you receive any income from any other source? ☑ No ☐ Yes, $_____

*rev. 7/08*

4. Do you have any money, including money in a checking or savings account? If so, how much?

    NO  $0

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

    [X] No  [ ] Yes, $ _____

6. Do you pay for rent or for a mortgage? If so, how much each month?

    [ ] No  [X] Yes, $ $1,400

7. List the person(s) that you pay money to support and the amount you pay each month.

    N/A

8. State any special circumstances which the Court should consider.

    PENDING EVICTION

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 8/24/11                                  _[signature]_ LPN, RN PCO
                                                Signature

rev. 7/08