August 8, 2011

U.S. District Court
EDNY
225 Cadman Plaza E
Brooklyn NY 11201

Attn: Mr Hernemann,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 31 2011 ★
BROOKLYN OFFICE

Mr Hernemann,

Plaintiff is currently running for her life, which the judicial powers failed to protect. Therefore, please note temporary mailing address below:

P.O. Box 28552
Raleigh NC. 27611

Ann Benton, RN, Pro.Se.

cc: Alessia Kantor
    Hanan Kolko
    Loretta Lynch