UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANN BURTON,

                Plaintiff,

                -against-

THE STATE EDUCATION DEPARTMENT
OFFICE OF PROFESSIONAL DISCIPLINE;
DONALD DAWSON, Chief Investigator,
GLENN FRANCIS, Senior Investigator; and
DAISY ROSARIO, Investigator,

                Defendants.
-----------------------------------------------------------------x

**CIVIL JUDGMENT**

11-CV-4218 (SLT)(LB)

FILED IN CLERK'S OFFICE
US DISTRICT COURT
★ NOV 07 2011
BROOKLYN OFFICE

Pursuant to the order issued November 7, 2011, by the Honorable Sandra L. Townes, United States District Judge, dismissing this complaint pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B), it is,

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed pursuant to Fed. R. Civ. P. 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

                                              /SANDRA L. TOWNES
                                              United States District Judge

Dated: November 7, 2011
       Brooklyn, New York